**FROM**

Nevada Smith
PO Box 294
Morristown, MN 55052
Email: nevadasmith@subliminalqt.com

Sent via First Class mail on January 11, 2022

**TO**

Honorable Robert M. Spector
U.S. District Court, District of Connecticut
141 Church Street
New Haven, CT 06510

John B. Larson, Chairman,
Congress of the United States, U.S. House of Representatives
Committee on Ways and Means,
Subcommittee on Social Security
1102 Longworth House Office Building
Washington, DC 20515-0348
Phone: 202-225-3625
Email: john.larson@mail.house.gov

Ivan Michael Katz
Law Offices of Ivan M. Katz
57 Trumbull St., 3rd Fl.
New Haven, CT 06510-1004
203-777-5737
Fax: 203-777-2791
Email: Freischutz@sbcglobal.net

**RE: This court order dated January 4, 2022.**

Nevada Smith will not file anymore at this court without permission.

Nevada Smith did request leave to file.

How does Nevada Smith request permission to file?

How can Nevada Smith file in open case when the court filings are sealed?

Nevada Smith needs to know who the State and SSA agency doctors are.

1

Nevada Smith needs to know what the doctors are opining.

Nevada Smith has extensive experience with doctors that work as independent contractors opining on disabled federal agency employees that request reasonable accommodation.

The same kind and type of doctors that contribute to and cause denial of SSA disability benefits and continual ligation at U.S. District Court.

The doctors almost always deny reasonable accommodation with their incompetent, negligent and substandard care diagnosis and prognosis.

Contributing to and causing litigation at EEOC, MSPB, U.S. District Court, U.S. Court of Appeals, and Federal Circuit.

Federal agency telephone call diagnosis doctors, hiding out behind their phone, from secret location.

Doctors using U.S. Department of Health and FOH letterhead, producing a sloppy two-page medical opinion, sent to IRS and the others.

These rogue doctors are often called Federal Occupational Health (FOH) doctors or IRS doctors, nevertheless they are usually independent contractors employed by someone other than federal government.

Doctors, such as Neal Lee Presant, MD in Bethesda, MD; James William Allen Jr., MD in Wilmington, DE, Mark Norman Frank MD in Boulder, CO; Larry Saladino MD in Vienna, VA; Richard Jay Miller, MD in Atlanta, GA: Haviva Goldhagen, MD in Atlanta, GA; Louis Guy Chelton III, MD in Atlanta, GA; Karol C. Gildiner, MD in Atlanta, GA

See Drs. Miller and Goldhagen opining in disabled court security officers litigation at U.S. District Court everywhere USA.

In Court Security Officer v. Akal Security, Inc and USMS

Nevada Smith wants these kinds of reckless doctors permanently removed from opining at state DDS office and SSA, and any state and federal agency nationwide, and U.S. District Courts.

Let's see what they do in their private practice of medicine.

They probably have a different way of talking and walking there, because a medical malpractice attorney will hang them.

These unlawful and unethical physicians are a blight on the medical profession and cause harm everywhere they go.

Respectfully Submitted,

*[signature]*

Nevada Smith
January 11, 2022

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 1/4/2022 at 1:00 PM EST and filed on 1/4/2022
**Case Name:** Bell v. Saul
**Case Number:** 3:19-cv-01406-RMS
**Filer:**
**WARNING: CASE CLOSED on 08/11/2020**
**Document Number:** 22(No document attached)

**Docket Text:**
**ORDER: Nevada Smith submitted notice in this case on January 3, 2022 although he was not a party in this action and did not have the Court's permission to file pleadings. The case was closed on August 11, 2020. The Clerk is directed to STRIKE the document filed on January 3, 2022 (Doc. No. [21]) and reject future filings from non-parties in this case, if such filings are made without Court permission. Signed by Judge Robert M. Spector on 1/4/2022. (Watson, M.)**

**3:19-cv-01406-RMS Notice has been electronically mailed to:**

Ivan Michael Katz    Freischutz@sbcglobal.net

Sixtina Fernandez    Sixtina.Fernandez@ssa.gov, NY.OGC.DOJ.DCT@ssa.gov, USACT.SSAECF@usdoj.gov

**3:19-cv-01406-RMS Notice has been delivered by other means to:**

Nevada Smith
P.O. Box 294
Morristown, MN 55052